Kelly H. Dove
Nevada Bar No. 10569
Tanya N. Lewis
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada  89169
Telephone:  702.784.5200
Facsimile:  702.784.5252
Email: kdove@swlaw.com
       tlewis@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA DOYLE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EARLY WARNING SERVICES, LLC; WELLS FARGO BANK, N.A.; U.S. BANK, N.A.; and NEVADA CREDICO, INC. dba QUANTUM COLLECTIONS,<br><br>Defendants. | Case No. 2:21-cv-02081-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

It is hereby stipulated by and between Plaintiff Amanda Doyle ("Plaintiff"), through her attorney, Gerardo Avalos, and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

Wells Fargo's current deadline to respond to the Complaint is December 21, 2021.  In the interest of conserving client and judicial resources, Plaintiff and Wells Fargo stipulate and agree that Wells Fargo shall have an extension until **January 21, 2022**, in which to file its responsive pleading.

This is the parties' first request for an extension of time to respond to the Complaint, and is not intended to cause any delay or prejudice to any party, but is requested for good cause and so that Wells Fargo can have adequate time to prepare its response.

| | |
|---|---|
| Dated:  December 3, 2021 | SNELL & WILMER L.L.P. |
| | By:/s/ *Tanya N. Lewis* |
| | Kelly H. Dove |
| | Nevada Bar No. 10569 |
| | Tanya N. Lewis |
| | Nevada Bar No. 8855 |
| | 3883 Howard Hughes Parkway |
| | Suite 1100 |
| | Las Vegas, Nevada 89169 |
| | *Attorneys for Defendant Wells Fargo Bank, N.A.* |
| Dated:  December 3, 2021 | FREEDOM LAW FIRM |
| | By: /s/ *Gerardo Avalos*\* |
| | George Haines Esq. |
| | Gerardo Avalos Esq. |
| | 8985 S. Eastern Ave., Suite 350 |
| | Las Vegas, Nevada 89123 |
| | *Attorney for Plaintiff* |
| | *\*e-signed with permission via email* |

### ORDER

IT IS HEREBY ORDERED THAT Wells Fargo's time to respond to Plaintiff's Complaint is extended to January 21, 2022.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED December 6, 2021.

Respectfully submitted by:

SNELL & WILMER L.L.P.

/s/ *Tanya N. Lewis*
Kelly H. Dove, Esq.
Tanya N. Lewis, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorneys for Defendant Wells Fargo Bank, N.A.*