MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: (702) 678-5070
Facsimile: (702) 878-9995
malarie@atllp.com

Attorneys for Defendant
*U.S. Bank N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Amanda Doyle,<br><br>    Plaintiff,<br><br> v.<br><br>Equifax Information Services LLC; Early Warning Services, LLC; Wells Fargo Bank, N.A.; U.S. Bank, N.A.; and Nevada Credico, Inc. dba Quantum Collections<br><br>    Defendants. | Case No.: 2:21-cv-02081-RFB-DJA<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT U.S. BANK N.A. TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

  Defendant U.S. Bank N.A. ("U.S. Bank") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-1, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant U.S. Bank's time to answer, move or otherwise respond to the Complaint in this action is extended from December 22, 2021 through and including January 21, 2022. The request was made by U.S. Bank so that it can have an opportunity to collect and

review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves.

This stipulation is filed in good faith and not intended to cause delay.

| | |
|---|---|
| Dated:  December 21, 2021 | Dated:  December 21, 2021 |
| FREEDOM LAW FIRM | ARMSTRONG TEASDALE |
| /s/ Gerardo Avalos | /s/ Michelle D. Alarie |
| George Haines, Esq. | Michelle D. Alarie, Esq. |
| Nevada Bar No. 9411 | Nevada Bar No. 11894 |
| Gerardo Avalos, Esq. | 3770 Howard Hughes Parkway, Suite 200 |
| Nevada Bar No. 15171 | Las Vegas, Nevada 89169 |
| 8985 S. Eastern Ave., Suite 350 | Telephone: (702) 678-5070 |
| Las Vegas, Nevada 89123 | Facsimile: (702) 878-9995 |
| Telephone: (702) 880-5554 | malarie@atllp.com |
| Facsimile: (702) 385-5518 | |
| Ghaines@freedomlegalteam.com | *Attorneys for Defendant U.S. Bank N.A.* |
| Gavalos@freedomlegalteam.com | |

Michael Kind
Nevada Bar No.: 13903
KIND LAW
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
Telephone: (702) 337-2322
Facsimile: (702) 329-5881
mk@kindlaw.com

*Attorneys for Plaintiff Amanda Doyle*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: December 22, 2021