| | |
|---|---|
| 1 | George Haines, Esq. |
| 2 | Nevada Bar No.: 9411 |
| 3 | Gerardo Avalos, Esq. |
|   | Nevada Bar No.: 15171 |
| 4 | **FREEDOM LAW FIRM** |
| 5 | 8985 S. Eastern Ave., Suite 350 |
| 6 | Las Vegas, Nevada 89123 |
| 7 | (702) 880-5554 |
|   | (702) 385-5518 (fax) |
| 8 | Ghaines@freedomlegalteam.com |
| 9 | *Attorneys for Plaintiff Amanda Doyle* |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Amanda Doyle, | Case No.: 2:21-cv-02081-RFB-EJY |
| Plaintiff, | **Stipulation and Order to Dismiss Wells Fargo Bank, N.A. With Prejudice** |
| v. | |
| Equifax Information Services LLC; Early Warning Services, LLC; Wells Fargo Bank, N.A.; U.S. Bank, N.A.; and Nevada Credico, Inc. dba Quantum Collections, | |
| Defendants. | |

_____

STIPULATION                                  - 1 -

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Amanda Doyle and Wells Fargo Bank, N.A. stipulate to dismiss Plaintiff's claims against Wells Fargo Bank, N.A. with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: April 4, 2022.

**FREEDOM LAW FIRM**

/s/ Gerardo Avalos
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Attorneys for Plaintiff Amanda Doyle*

**SNELL & WILMER LLP**

/s/ Tanya N. Lewis
Kelly H. Dove, Esq.
Tanya N. Lewis, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
*Attorneys for Defendant Wells Fargo Bank, N.A.*

IT IS SO ORDERED:

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 5th day of April, 2022.