George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Amanda Doyle*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Amanda Doyle, | Case No.: 2:21-cv-02081-RFB-EJY |
| Plaintiff, | **Stipulation of dismissal of US Bank N.A. with prejudice** |
| v. | |
| Equifax Information Services LLC; Early Warning Services, LLC; Wells Fargo Bank, N.A.; U.S. Bank, N.A.; and Nevada Credico, Inc. dba Quantum Collections, | |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Amanda Doyle and US Bank N.A. stipulate to dismiss Plaintiff's claims against US Bank N.A. with prejudice.

STIPULATION                                - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: April 5, 2022.

**FREEDOM LAW FIRM**

 /s/ Gerardo Avalos
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Amanda Doyle*

**ARMSTRONG TEASDALE LLP**

/s/ Michelle Alarie
Michelle D. Alarie, Esq.
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 8969
*Counsel for US Bank N.A.*

IT IS SO ORDERED:

_____
RICHARD E. BOULWARE, II
United States District Court
DATED this 5th day of April, 2022.

STIPULATION - 2 -