George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Amanda Doyle*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Amanda Doyle, | Case No.: 2:21-cv-02081-RFB-EJY |
| Plaintiff, | Dept No.: |
| v. | **Stipulation of dismissal of Early Warning Services, LLC with prejudice** |
| Equifax Information Services LLC; Early Warning Services, LLC; Wells Fargo Bank, N.A.; U.S. Bank, N.A.; and Nevada Credico, Inc. dba Quantum Collections, | |
| Defendants. | |

STIPULATION - 1 -

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Amanda Doyle and Early Warning Services, LLC stipulate to dismiss Plaintiff's claims against Early Warning Services, LLC with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: 4/14/2022.

**FREEDOM LAW FIRM**

/s/ Gerardo Avalos
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Attorneys for Plaintiff Amanda Doyle*

**MCDONALD CARANO**

/s/ Rory Kay
Tara Teegarden, Esq.
Rory Kay, Esq.
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
*Counsel for Early Warning Services, LLC*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: April 15, 2022

STIPULATION                - 2 -