George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Amanda Doyle*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Amanda Doyle,<br><br>　　　　　　Plaintiff(s,)<br>  v.<br><br>Equifax Information Services LLC; Early Warning Services, LLC; Wells Fargo Bank, N.A.; U.S. Bank, N.A.; and Nevada Credico, Inc. dba Quantum Collections,<br><br>　　　　　　Defendant(s.) | Case No.: 2:21-cv-02081-RFB-EJY<br><br>**Stipulation of dismissal of Quantum Collections with prejudice** |

　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Amanda Doyle and Quantum Collections stipulate to dismiss Plaintiff's claims against Quantum Collections with prejudice.

STIPULATION　　　　　　　　　　- 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: April 26, 2022.

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Amanda Doyle*


/s/Allicia B. Tomalo
Allicia B. Tomalo, Esq.
3080 South Durango Dr., Suite 202
Las Vegas, Nevada 89117
*Counsel for Quantum Collections*

IT IS SO ORDERED:

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 29th day of April, 2022.

STIPULATION                            - 2 -