George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Amanda Doyle*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Amanda Doyle, | Case No.: 2:21-cv-02081-RFB-EJY |
| Plaintiff(s,) | **Stipulation of dismissal of Equifax Information Services LLC with prejudice** |
| v. | |
| Equifax Information Services LLC; Early Warning Services, LLC; Wells Fargo Bank, N.A.; U.S. Bank, N.A.; and Nevada Credico, Inc. dba Quantum Collections, | |
| Defendant(s.) | |

STIPULATION                  - 1 -

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Amanda Doyle and Equifax Information Services LLC stipulate to dismiss Plaintiff's claims against Equifax Information Services LLC with prejudice.

Dated: May 24, 2022.

**Freedom Law Firm**

/s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Amanda Doyle*

**Clark Hill PLLC**

/s/ Gia Marina
Charles Campbell, Esq.
Gia Marina, Esq.
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
*Counsel for Equifax Information Services LLC*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 24th day of May, 2022.